NOT FOR PUBLICATION

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jamie L. Hileman, | No. CV-13-08298-PCT-JJT |
| Plaintiff, | **ORDER** |
| v. | |
| A & C Plumbing Concept Incorporated, *et al.*, | |
| Defendants. | |

Based on the Stipulation (Doc. 28) of the parties, and good cause appearing,

IT IS HEREBY ORDERED dismissing this action in its entirety with prejudice.

IT IS FURTHER ORDERED that each party shall bear its own attorneys' fees and costs.

Dated this 30th day of September, 2014.

Honorable John J. Tuchi
United States District Judge